UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMES PAUL BUTLER,

                Petitioner,

Case No. 4:04-CV-143

v.

Hon. Richard Alan Enslen

CAROL HOWES,

**ORDER**

                Respondent.

_____/

      This matter is before the Court on Petitioner James Paul Butler's Motion to Proceed *In Forma Pauperis* on Appeal.  Petitioner has provided the Court with a Certificate of Prisoner Institutional Trust Fund Account Activity as well as an affidavit demonstrating a meager income from Petitioner's prison job.  The Court concludes that Petitioner is financially unable to pay the costs of appeal and is entitled to proceed *in forma pauperis* without prepayment of fees.  *See* 28 U.S.C. § 1915(a)(1); 18 U.S.C. § 3006A(c), (e)(1).

      **THEREFORE, IT IS HEREBY ORDERED** that Petitioner James Paul Butler's Motion to Proceed *In Forma Pauperis* on Appeal (Dkt. No. 12) is **GRANTED**.

                                /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:         RICHARD ALAN ENSLEN
     May 13, 2008            SENIOR UNITED STATES DISTRICT JUDGE